UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSLIM ADVOCATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:17-cv-00820-DLF |
| ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated December 19, 2017, Plaintiff Muslim Advocates ("Plaintiff") and Defendant the United States Department of Homeland Security ("Defendant" or "DHS") submit the following Joint Status Report.

1. This matter involves Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, submitted to DHS on March 7, 2017. ECF No. 1, Ex. A. Plaintiff seeks from DHS, to include DHS components U.S. Customs and Border Protection ("CBP") and the Transportation Security Administration ("TSA"):

   1. Any and all records created on or after January 24, 2017 related to eligibility for Trusted Traveler Programs – including Global Entry, Nexus, SENTRI, and FAST – and TSA PreCheck, and the revocation and/or reinstatement of Trusted Traveler Program and TSA PreCheck memberships, including, but not limited to:

      a. Records related to CBP review of individual accounts for revocation or reinstatement of Trusted Traveler Program membership, pursuant to the review process described by a CBP spokesperson in a statement published in Skift's February 18, 2017 article, "Muslim-American Travelers Are Quietly Having Global Entry Privileges Revoked";

      b. Records related to CBP's and TSA's implementation of Executive Order [No. 13,769] with respect to Trusted Traveler Program and TSA PreCheck memberships;

1

  c. E-mail communications among, between, or cc'ing CBP personnel at Headquarters, Office of Field Operations, and/or Office of Intelligence, sent or received on or after January 24, 2017 containing any of the following words or terms: "Trusted Traveler," "Global Entry," "NEXUS," "SENTRI," or "FAST" AND any of the following additional words or terms: "executive order," "eligib!," "ineligib!," "qualif!," "revo!," "national security," "muslim," "arab," or "risk;"

  d. E-mail communications among, between, or cc'ing TSA personnel sent or received on or after January 24, 2017 containing any of the following words or terms: "PreCheck" or "Pre Check" AND any of the following additional words or terms: "executive order," "eligib!," "ineligib!," "qualif!," "revo!," "national security," "muslim," "arab," or "risk;"

  e. Records reflecting the number of individuals who had their Trusted Traveler Program or TSA PreCheck memberships revoked on or after January 27, 2017;

  f. Records reflecting the number of individuals who had their Trusted Traveler Program or TSA PreCheck memberships reinstated after being revoked on or after January 27, 2017;

  g. Records reflecting the number of individuals who had their Trusted Traveler Program or TSA PreCheck memberships revoked on or after October 1, 2016;

 2. Any and all records created on or after February 27, 2017 that pertain to Executive Order [No. 13,780] and are otherwise responsive to Request 1 above; and

 3. Any and all records created on or after February 27, 2017 regarding the development and implementation of guidance provided in the answer to question 14 in the March 6, 2017 DHS Office of Public Affairs document titled "Q&A: Protecting the Nation from Foreign Terrorist Entry to the United States," which addresses Executive Order [No. 13,780's] impact on Trusted Traveler Program membership.

 2. On January 5, 2018, Plaintiff received from Defendant the seventh production of non-exempt records responsive to Plaintiff's FOIA request. The parties have conferred several times regarding the searches that are underway and that have been completed. The parties continue to discuss the scope of Plaintiff's request and potential ways to narrow the time frame and search

terms included in the request. Because Defendant is still in the process of searching for and reviewing documents potentially responsive to Plaintiff's request, as well as continuing to confer with Plaintiff about the scope of the request, it is unable at this time to state with certainty when it will be able to complete production of the remainder of responsive, non-exempt records. However, DHS HQ currently estimates that it can commit to processing 350 pages of records identified as potentially responsive to Plaintiff's request, and produce to Plaintiff those records deemed responsive and non-exempt, by February 28, 2018.

      3.     The parties propose filing a status report with the Court by March 2, 2018, to update the Court on the status of Defendant's progress towards completion of its production of responsive, non-exempt records to Plaintiff.

Dated: January 31, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

 /s/ *Kari E. D'Ottavio*
KARI E. D'OTTAVIO
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Tel: (202) 305-0568
Fax: (202) 616-8470
kari.e.d'ottavio@usdoj.gov

*Attorneys for Defendant*

 /s/ *Kelly M. Morrison*
KELLY M. MORRISON
JOSHUA M. PARKER
JENNER & BLOCK LLP
1099 New York Avenue, NW

Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Fax: (202) 639-6066
kmorrison@jenner.com

SIRINE SHEBAYA
MUSLIM ADVOCATES
PO Box 66408
Washington, DC 20035
(202) 897-2622

AMIR ALI
THE RODERICK & SOLANGE MACARTHUR JUSTICE CENTER
718 7th Street NW
Washington, DC 20001
Telephone: (202) 869-3434

*Attorneys for Plaintiff*